UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:05-0955 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 19) filed by the defendant is **GRANTED**. This case is **DISMISSED**.

It is so ordered.

Enter this 22nd day of February 2007.

_____
ALETA A. TRAUGER
United States District Judge